**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6231**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GERALDO ORE,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-97-449, CA-99-629-AM)

─────────

Submitted:  May 11, 2000            Decided:  May 18, 2000

─────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Geraldo Ore, Appellant Pro Se.  Lisa Ellen Perkins, Special Assistant United States Attorney, Vincent J. Falvo, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Geraldo Ore seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Ore, Nos. CR-97-449; CA-99-629-AM (E.D. Va. Jan. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED